1

2

Robert Litts, 205984
Dan Johnson Law Group, LLP
400 Oyster Point Blvd., Suite 321
South San Francisco, CA 94080

(415)604-4441

3

4  Representing: Plaintiff

File No.

5

6

7

8                 United States District Court, Northern District of California

9              Northern District of California - District - San Francisco

10

11

12  Yanbin Yu and Zhongxuan Zhang

13

14              Plaintiff/Petitioner

15                      vs.

16  Samsung Electronics Co., Ltd., et al.

17              Defendant/Respondent

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:18-cv-06339

Proof of Service of:

  Summons, Complaint, Civil Case Cover sheet,
  Standing Orders, Notice of Availability of
  Magistrate Judge, Order of Reassigning Case

Service on:

  Samsung Electronics CO., LTD., a Korean
  Corporation

  Hearing Date:

  Hearing Time:

  Div/Dept:

PROOF OF SERVICE

OI #12448872

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Robert Litts, 205984<br>Dan Johnson Law Group, LLP<br>400 Oyster Point Blvd., Suite 321<br>South San Francisco, CA 94080<br>ATTORNEY FOR (Name): Plaintiff | (415)604-444 | |
| | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California

450 Golden Gate Avenue

San Francisco, CA 94102-3483

PLAINTIFF:

Yanbin Yu and Zhongxuan Zhang

DEFENDANT:

Samsung Electronics Co., Ltd., et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:18-cv-06339 |
|---|---|---|---|---|

**BY FA**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons, Complaint, Civil Case Cover sheet, Standing Orders, Notice of Availability of Magistrate Judge, Order of Reassigning Case

2. Party Served: Samsung Electronics CO., LTD., a Korean Corporation

3. Person Served: Gabriela Sanchez - CT Corporation System - Person Authorized to Accept Service of Process

4. Date & Time of Delivery:    10/31/2018         3:00PM

5. Address, City and State:    818 West Seventh Street, Suite 930
Los Angeles, CA 90017

6. Manner of Service:    Personal Service - By personally delivering copies.

Fee for Service: $ 40

Registered California process server.
County: Los Angeles
Registration No.: 4553
Jimmy Lizama
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 11/01/2018 at Los Angeles, California.

Signature:

Jimmy Lizama