UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANBIN YU, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>            Defendant. | Case No. 3:18-cv-06181-JD<br><br>**JUDGMENT** |
| YANBIN YU, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.<br><br>            Defendants. | Case No. 3:18-cv-06339-JD |

Pursuant to the order filed on March 24, 2020, Dkt. No. 77 in Case No. 18-cv-6181; Dkt. No. 75 in Case No. 18-cv-6339, which dismissed the first amended complaints with prejudice, the Court enters judgment against plaintiffs. Fed. R. Civ. P. 58.

**IT IS SO ORDERED.**

Dated: March 24, 2020

JAMES DONATO
United States District Judge